BEFORE THE THIRD DIVISION, AUGUST 1, 1962

**No. 66945.**—W. R. Zanes & Company *v.* United States, protest 61/8810 (Galveston).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of molded figures of alabasterite, which are not works of art and are not decorated in any manner, the claim of the plaintiff was sustained. *International Lapidaries Co.* v. *United States* (36 Cust. Ct. 230, C.D. 1780) and *Otagiri Mercantile Co., Inc., et al.* v. *United States* (44 Cust. Ct. 184, C.D. 2173) followed.

JULY 31, 1962

**No. 66946.**—S. Berger Co. *v.* United States, protest 60/26351. Plaintiff's application for rehearing granted.

JULY 30, 1962

**No. 66947.**—SUIT 5067.—The Diamond Match Company *v.* United States (Winter, Wolff & Co., Inc., Party in Interest).—C.D. 2223 affirmed April 11, 1962. C.A.D. 796.

BEFORE THE FIRST DIVISION, AUGUST 6, 1962

**No. 66948.**—Verona Dyestuffs *v.* United States, protests 61/16729 and 61/18331 (New York).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise is a product chiefly used as an assistant in preparing or finishing textiles and is similar in all material respects to that the subject of Abstract 64647, the claim of the plaintiff was sustained.